**DISMISSED and Opinion Filed October 12, 2022**



In The
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01010-CV
No. 05-22-01011-CV
No. 05-22-01012-CV
No. 05-22-01013-CV
No. 05-22-01014-CV
No. 05-22-01015-CV
No. 05-22-01016-CV
No. 05-22-01017-CV

**IN RE ALEX PERRY NEAL, Relator**

**Original Proceedings from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82970, No. 296-82971, No. 296-82972, No. 296-82973, No. 296-82974, No. 296-82975, No. 296-082976, No. 296-82977**

## OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relator's September 28, 2022 petition for writ of habeas corpus wherein relator contends he is innocent and requests his release from prison.

This Court does not have original jurisdiction to consider petitions seeking habeas relief generated in connection with criminal proceedings. *See* TEX. GOV'T CODE ANN. § 22.221(d); TEX. CODE CRIM. PROC. ANN. art. 11.05; *In re Spriggs*, 528

S.W.3d 234, 236 (Tex. App.—Amarillo 2017, orig. proceeding); *In re Ayers*, 515 S.W.3d 356, 356–57 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *see also In re Dingler*, Nos. 05-22-00594-CV, 05-22–00595-CV, 05-22-00596-CV, 05-22-00597-CV, 2022 WL 2302173, at *1 (Tex. App.—Dallas June 27, 2022, orig. proceeding) (mem. op.).

We dismiss relator's original petition for writ of habeas corpus for want of jurisdiction.


221010f.p05
221011f.p05
221012f.p05
221013f.p05
221014f.p05
221015f.p05
221016f.p05
221017f.p05

/Bill Pedersen, III//
_____
BILL PEDERSEN, III
JUSTICE